**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DEC 1 4 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:05cr304-T |
| | ) | [18 USC 922(g)(1)] |
| GEORGE F. COLLINS | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 9, 2004, in Houston County, within the Middle District of Alabama,

**GEORGE F. COLLINS,**

defendant herein, having been convicted of the following felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Florida, to-wit:

1) April 6, 1995, Aggravated Battery, in the 17th Judicial Circuit in and for Broward County, Florida, case number 94-11473CF,

did knowingly possess in and affecting commerce a firearm, to-wit: a Higgins, Model 101-25, .410 gauge shotgun, no serial number, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney