IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

UNITED STATES OF AMERICA )
)
v )
)
GEORGE F. COLLINS ) CR. NO. 1:05cr304-T
[18 USC 922(g)(1)]

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, George F. Collins, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

1/6/06
DATE

[signature]
DEFENDANT

[signature]
ATTORNEY FOR DEFENDANT