# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** 1-6-2006

**DIGITAL RECORDING:** 2:36 - 2:42 pm
2:43 - 2:49 pm

☑ **INITIAL APPEARANCE**
☐ **BOND HEARING**
☐ **DETENTION HEARING**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**
☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE ___VPM___          DEPUTY CLERK: _____

CASE NO. ___1:05cr304-T___          DEFT. NAME: George F. COLLINS

USA: ___Morris___          ATTY: ~~Donnie Bethel~~

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (⊙ CDO)
( ) Stand In ONLY

USPTSO/USPO: ___Martin___

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ___✓___ NO _____ YES     NAME: _____

---

☑kars.          Date of Arrest _1-5-06_    or    ☐ RULE 5
☑kia.           Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
☑kcnsl.         Deft. First Appearance with Counsel
☐               Deft. First Appearance without Counsel
☑               Requests appointed Counsel    ☑ ORAL MOTION for Appointment of Counsel
☑kfinaff.       Financial Affidavit executed ☐ to be obtained by PTSO
☑koappted       ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
☐k20appt.       Panel Attorney Appointed; ☐ to be appointed - prepare voucher
☐               Deft. Advises he will retain counsel. Has retained _____
☐               Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
☐               Government's WRITTEN Motion for Detention Hrg. filed.
☐kdmhrg.        **Detention Hearing** ☐ held; ☐ set for _____
☐kotempdtn.     **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐kodtn.         **ORDER OF DETENTION PENDING TRIAL** entered
☑kocondrls.     Release order entered. Deft. advised of conditions of release
☑kbnd.          ☐**BOND EXECUTED (M/D AL charges)** $_____. Deft released (kloc LR)
                ☐**BOND EXECUTED (R.40 charges)** - deft to report to originating district as ordered
☐kloc.(LC)      Bond NOT executed. Deft to remain in Marshal's custody
☐               Preliminary Hearing ☐ Set for _____
☐ko.            Deft. **ORDERED REMOVED** to originating district
☐kwvprl.        Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
☐               Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
☑karr.          **ARRAIGNMENT** SET FOR: _____ ☑HELD. Plea of **NOT GUILTY** entered.
                ☑Set for _4-24-06_ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _1-20-06_
                **DISCOVERY DISCLOSURES DATE:** _1-9-06_
☐krmknn.        NOTICE to retained Criminal Defense Attorney handed to Counsel
☐krmvhrg.       Identity/Removal Hearing set for _____
☑kwvspt         **Waiver of Speedy Trial Act Rights Executed**