**COURTROOM DEPUTY'S MINUTES**  **DATE:** 1/20/06

**MIDDLE DISTRICT OF ALABAMA**  Digital Recording: 9:44 - 9:44

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Vanzetta Penn McPherson**  **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 1:05cr304-MHT**  **DEFENDANT(S): George F. Collins**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Susan Redmond | * | Donnie Wayne Bethel |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**   Complete

❏ **PENDING MOTION STATUS:**   None

❏ **PLEA STATUS:**   Possible Trial

❏ **TRIAL STATUS**

2 Days for Trial

❏ **REMARKS:**   Next Pretrial 2/27/06