**COURTROOM DEPUTY'S MINUTES**                    **DATE:**  2/27/06

**MIDDLE DISTRICT OF ALABAMA**              **Digital Recording: 9:38 - 9:38**

## <u>PRETRIAL CONFERENCE</u>

**PRESIDING MAG. JUDGE.  Vanzetta Penn McPherson**    **DEPUTY CLERK: Wanda A. Robinson**

**CASE NUMBER: 1:05cr304-MHT**                **DEFENDANT(S): George F. Collins**

| GOVERNMENT | <u>APPEARANCES</u> | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Verne H. Speirs | * | Donnie Wayne Bethel |
| | | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**          **Complete**

❏ **PENDING MOTION STATUS:**      **None**

❏ **PLEA STATUS:**              **Likely Plea**

❏ **TRIAL STATUS**
                              **2 Days for Trial**
                              **4/24/06 Trial Term**

❏ **REMARKS:  Government to furnish a Proposed Plea Agreement to Defense Counsel as soon as possible**