MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson    **DEPUTY CLERK:** WANDA ROBINSON
**CASE NUMBER:** 1:05cr304-MHT    **DEFENDANT NAME:** George F. Collins
**AUSA:** Verne H. Speirs    **DEFENDANT ATTY:** Donnie Wayne Bethel

Type Counsel:    ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

**USPO:** Doug Mathis

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present? __x__ NO _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

√ Count(s) ___1___ of the Felony Indictment.

❏ Count(s) _____    ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

√ — **ORDER:** Defendant Continued under √ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  √ Sentencing on _____  ❏ _____ Bond  √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.