IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:05cr304-MHT** |
| ) | |
| **GEORGE F. COLLINS** ) | |

### MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **GEORGE F. COLLINS**, through undersigned counsel, Donnie W. Bethel, and respectfully moves this Court for an Order continuing the sentencing hearing in this case. In support of this motion, the Defendant would show the following:

1. Sentencing in this case is scheduled for 10:00 a.m. on June 22, 2006.

2. Due to the relocation of the United States Probation Office and the heavy caseload of the Probation Officer assigned to this case, the Presentencing Investigation Report has not yet been completed.

3. Mr. Collins is 73 years old. He is in poor physical health, suffers from diabetes and has previously been treated for throat cancer. Just this week he has been referred by his primary care physician for testing due to a suspicious lump on his throat and the possibility that his throat cancer has returned.

4. Mr. Collins requests that his sentencing hearing be continued until September to give his doctors sufficient time to diagnose and treat the suspicious lump on his throat.

5. Both the Probation Officer and the United States, through Assistant United States Attorney Verne Speirs, concur in Mr. Collins' request for a continuance.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 9th day of June, 2006.

        Respectfully submitted,


        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 1:05cr304-MHT** |
| | ) | |
| **GEORGE F. COLLINS** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 3, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Verne H. Speirs, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49