IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v.                        )   CRIMINAL ACTION NO.
                              )   1:05cr304-MHT
GEORGE F. COLLINS             )
```

## ORDER

It is ORDERED as follows:

(1) The motion to continue (doc. no. 25) is granted.

(2) Sentencing for defendant George F. Collins, now set for June 22, 2006, is reset for September 25, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 12th day of June, 2006.

                /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE