# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY  ALABAMA

DATE COMMENCED   September 25, 2006        AT  10:04   A.M./P.M.

DATE COMPLETED   September 25, 2006        AT  10:16   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          1:05-cr-304-MHT

    VS.

GEORGE F. COLLINS

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne H. Speirs | X | Atty Don Bethel |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Daniel Korobkin, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

---

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:     SENTENCING HEARING

10:04 a.m.            Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation does not agree with plea agreement that the defendant is eligible for possession of a firearm for sporting purposes. Court accepts terms of agreement plea agreement as stated on the record. Sentence imposed; **Oral Order** during sentence imposition granting Motion for Reduction of Criminal Offense Level.
10:16 a.m             Hearing concluded.